IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WALLACE A. GARDNER
ADC # 110784                                                                          PLAINTIFF

v.                              No. 5:11-cv-96-DPM-JJV

OUTLAW; STRAUGHN;
PAMELA C. CONNER; and
MARVIN EVANS, JR.                                                                 DEFENDANTS

ORDER

On *de novo* review, the Court overrules Gardner's objection, *Document No. 15 at 3-12*, and adopts Magistrate Judge Volpe's recommended partial disposition, *Document No. 12*, as the Court's decision. The Eleventh Amendment bars all damages against the State, including what Gardner describes as "compensatory" damages. The additional facts in the objection will be considered by Judge Volpe as the case proceeds against the Defendants in their individual capacities.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

 4 January 2012