IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WALLACE A. GARDNER
ADC # 110784                                                               PLAINTIFF

v.                       No. 5:11-cv-96-DPM

OUTLAW, Assistant Warden, Maximum
Security Unit, ADC; STRAUGHN, Warden,
Maximum Security Unit, ADC; PAMELA C.
CONNER, Administrative Specialist,
Maximum Security Unit, ADC; and
MARVIN EVANS, JR., Deputy Director, ADC            DEFENDANTS

## JUDGMENT

Gardner's complaint is dismissed without prejudice as to Outlaw, Conner, and Evans and dismissed with prejudice as to Straughn.

_____
D.P. Marshall Jr.
United States District Judge

12 October 2012