# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**WALLACE A. GARDNER**
**ADC # 110784**                                                                    **PLAINTIFF**

v.                          No. 5:11-cv-96-DPM

**OUTLAW, Assistant Warden, Maximum**
**Security Unit, ADC; STRAUGHN, Warden,**
**Maximum Security Unit, ADC; PAMELA C.**
**CONNER, Administrative Specialist,**
**Maximum Security Unit, ADC; and**
**MARVIN EVANS, JR., Deputy Director, ADC**           **DEFENDANTS**

## JUDGMENT

Gardner's complaint is dismissed without prejudice as to Outlaw, Conner, and Evans and dismissed with prejudice as to Straughn.

*[signature]*
D.P. Marshall Jr.
United States District Judge

12 October 2012